(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) __Sharon Felicetty__   __197159__
(Name of Plaintiff)   (Inmate Number)

__S.C.I P.O Box 500 Georgetown De__   __19947__
(Complete Address with zip code)

(2) _____   _____
(Name of Plaintiff)   (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

:
:
:
:
:
:  __05-856__
:  (Case Number)
:  ( to be assigned by U.S. District Court)
:
:
:
:
:
:

vs.

(1) __John Doe #1 Georgetown P.D__
(2) __John Doe #2 Georgetown P.D__
(3) __% Sgt Lloyd D.O.C S.C.I__
4. __Lt. Flores D.O.C S.C.I__
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

:
:  **CIVIL COMPLAINT**
:
:
:
:  • • Jury Trial Requested
:
:
:

FILED

DEC 12 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.   PREVIOUS LAWSUITS

  A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

__00-876 J.J.F   year 2000__

_____
_____
_____
_____
_____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • (Yes) • • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • (Yes) • • No

C. If your answer to "B" is Yes:

   1. What steps did you take? I filed an Appeal to the Class 1 Write Up

   2. What was the result? I Recieved Any Response and was given the 10 day Sanction in Isolation

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: John Doe #1

   Employed as Police officer at Georgetown Police Dept

   Mailing address with zip code: _____

(2) Name of second defendant: John Doe #2

   Employed as Police officer at Georgetown Police Dept

   Mailing address with zip code: _____

(3) Name of third defendant: % Sgt Lloyd

   Employed as % Sgt at S.C.I

   Mailing address with zip code: S.C.I Po Box 500 Georgetown DE 19947

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. See Attached Statement of Claim

2. See Attached Statement of Claim

3. See Attached Statement of Claim

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I wish to be Awarded for my Consititutional Rights being Violated And Compensated for Cruel And Unusual punishment, Excessive use of force, physical Damage, Mental Damage/Anguish in the Amount of $1,000,000 from the Defendants.

3

2. _See #1 with all of the Defendants Ajoined And One Relief Sought_

3. _See #1 with All of the Defendants Ajoined And One Relief Sought_

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __7TH__ day of __December__, 2005.

_____Shawn Felicetty_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

Defendant #4
4. Lt. Flores D.O.C S.C.I

Pt. III
#4. Lt. Flores D.O.C S.C.I P.O Box 500 Georgetown DE 19947

Pt. IV
#4. See Attached Statement of Claim

Pt. V
#4. See #1 with All the Defendants Ajoined And One Relief Sought.

## Statement of Claim

On 10-13-05 I Shawn Felicetty the plaintiff was arrested for a Capias of Violation of Probation and failure to pay in the Court of Common Pleas. Now during this arrest, I was handcuffed in front of several witnesses, in which I had consumed some alcohol, but not enough to be intoxicated Note: <u>No other charges besides the Capiases.</u> Now we were on the 2nd floor of the 300 bldg of Dunbarton Apts Georgetown De. And I know either of the officers names at this time, So I will refer to them as John Doe #1 John Doe #2. I was grabbed by John Doe #1 and #2 one on each arm to be escorted down the steps as to do so my pants fell down to my ankles and a natural reaction was to try and grab them and pull them up. John Doe #1 snatched me and slammed me face first into the bldg causing my face to be scrapped on the vinyl siding as John Doe #2 retained his grip on they John Doe #1 and John Doe #2 drug me down the steps, John Doe #2 hiking my right arm so high my right shoulder dislocated *Note: <u>Plaintiff does have a prior injury to that shoulder.</u> John Doe #2 did use excessive force to make the plaintiffs arm dislocate. While being in pain of the dislocation officers John Doe #1 and #2 push the plaintiff into the police car falling off and scrapping his right shoulder on the blacktop the same arm that is dislocated. Then officers John Doe #1 and #2 pick the plaintiff up off the ground and throw him in the back of the police car causing a scrapping and tearing of the skin of the left arm. All of this occurred while the plaintiffs pants were down around his ankles & handcuffed

## Statement of Claim Page #2

Now this caused another bruise bleeding bruise to the plaintiffs Head Also Knocking him unconscious in the back Seat. Upon Arrival at Sussex Correctional Inst. the Plaintiff was brought in on a Stretcher and was Still unconscious and was Booked and His Head had to be Held by the Correctional Officers to take his mug Shot. Then he was Semi Conscious and the Nurse admitted him to the infirmary for observation for the Head wound and other trauma's to the torso in which the Plaintiff was taken on a Stretcher to the Medical Dept in the Max Bldg at S.C.I And was placed in observation Room #2 Also Know As the Rubber Room. pending A medical doctors diagnosis. Being placed in the observation Room the Plaintiff was Stripped of everything clothing sheets etc. Nothing was in the cell not even toilet paper. Now Some Hours later the plaintiff woke up And did not recognize his Surroundings and banged on the door Several times until % Sgt Lloyd came to the door and Cursed the plaintiff out And the plaintiff Cursed back at him Still in a disoriented State of mind from the Head Wound And He became mad and Called the Q.R.T = Quick Response Team Headed by Lieutenant Flores. whom Asked me to Calm down which I followed His orders and then He still ordered the QRT To Fire on me Hitting me with Stun gun shields leaving several bruises on my arms (Note: Arm Still dislocated) And upper body from the electric Shock. Note: Lt Flores: Ordered the QRT to fire on a detainee whom was under observation and awaiting the doctors diagnosis. Acting in a Cruel and unusual way towards the plaintiffs life and Saftey. Resulting in a class 1 Write up claiming I destroyed A 1001b Steel door Costing over $10. Threatening and disorderly behavior.

next Page

## Statement of Claim Page #3

Also Resulting in the plaintiff to do 10 day Isolation. To follow the first incident % Sgt Lloyd After the Plaintiff was fired upon Slammed to the floor And Kneed Several times And given A Seditive by the Medical Staff upon the QRT leaving He came back to the observation Room door Yelling And cursing and Called the QRT Back in Hopes they (THE QRT) Would be Agitated and do physical Harm to me. In THis Statement of Claim the Plaintiff Has Summerized the Aboved mentioned events to the best of His Ability due to lack of medical attention of the Head Wound and Several unanswered Doctors Request to Analize the plaintiffs Hands where His left Hand is numb from the Top of the pinky finger down Around the base of the thumb to the wrist. And the Right entire Hand is numb All fingers to the wrist with visible Scars from Handcuffs being too tight on both Wrists. And Some other visible Scars from this incident Are still visible. And Violating the plaintiffs Amendment Rights. Whom is Seeking damages

Date:

*Signature*

* : Note To THe Court THis incident occurred on 10-13-05 it is Now _____ And I am just now being Seen About the Head trauma And the Numbness in my Hands.

I/M: Shawn Felicetti BLDG. PT H.U #3
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Clerk of The Court
U.S. District Court
Lock Box #18, 844 King St
Wilm De                 19801