Printed: 1/5/2006         **Average Daily Balance For Pauper Filing**         Page 1 of 2
*For Days the Individual was in Residence at SCI from 10/13/2005 through 12/31/2005*

SBI: 00197159          NAME:   FELICETTY, SHAWN E

| Date | Balance |
|---|---|
| 10/13/2005 | $0.32 |
| 10/14/2005 | $0.32 |
| 10/15/2005 | $0.32 |
| 10/16/2005 | $0.32 |
| 10/17/2005 | $0.32 |
| 10/18/2005 | $0.32 |
| 10/19/2005 | $0.32 |
| 10/20/2005 | $0.32 |
| 10/21/2005 | $0.32 |
| 10/22/2005 | $0.32 |
| 10/23/2005 | $0.32 |
| 10/24/2005 | $0.32 |
| 10/25/2005 | $0.32 |
| 10/26/2005 | $0.32 |
| 10/27/2005 | $0.32 |
| 10/28/2005 | $0.32 |
| 10/29/2005 | $0.32 |
| 10/30/2005 | $0.32 |
| 10/31/2005 | $0.32 |
| 11/01/2005 | $0.00 |
| 11/02/2005 | $46.32 |
| 11/03/2005 | $46.32 |
| 11/04/2005 | $46.32 |
| 11/05/2005 | $46.32 |
| 11/06/2005 | $46.32 |
| 11/07/2005 | $42.32 |
| 11/08/2005 | $42.32 |
| 11/09/2005 | $13.57 |
| 11/10/2005 | $13.57 |
| 11/11/2005 | $13.57 |
| 11/12/2005 | $13.57 |
| 11/13/2005 | $13.57 |
| 11/14/2005 | $13.57 |
| 11/15/2005 | $13.57 |
| 11/16/2005 | $13.57 |
| 11/17/2005 | $13.57 |
| 11/18/2005 | $13.57 |
| 11/19/2005 | $13.57 |
| 11/20/2005 | $13.57 |
| 11/21/2005 | $13.57 |
| 11/22/2005 | $13.57 |
| 11/23/2005 | $13.57 |
| 11/24/2005 | $13.57 |
| 11/25/2005 | $13.57 |
| 11/26/2005 | $13.57 |
| 11/27/2005 | $11.57 |
| 11/28/2005 | $11.57 |
| 11/29/2005 | $9.52 |





Case # 05-856 JJF



FILED
JAN 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Printed: 1/5/2006

## Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 10/13/2005 through 12/31/2005*

Page 2 of 2

SBI: 00197159          NAME:    FELICETTY, SHAWN E

| Date | Balance |
|---|---|
| 11/30/2005 | $59.52 |
| 12/01/2005 | $59.52 |
| 12/02/2005 | $59.52 |
| 12/03/2005 | $59.52 |
| 12/04/2005 | $59.52 |
| 12/05/2005 | $59.52 |
| 12/06/2005 | $59.52 |
| 12/07/2005 | $49.42 |
| 12/08/2005 | $49.42 |
| 12/09/2005 | $49.42 |
| 12/10/2005 | $49.42 |
| 12/11/2005 | $45.42 |
| 12/12/2005 | $45.42 |
| 12/13/2005 | $45.42 |
| 12/14/2005 | $45.42 |
| 12/15/2005 | $45.42 |
| 12/16/2005 | $45.42 |
| 12/17/2005 | $45.42 |
| 12/18/2005 | $45.42 |
| 12/19/2005 | $45.42 |
| 12/20/2005 | $45.42 |
| 12/21/2005 | $35.32 |
| 12/22/2005 | $35.32 |
| 12/23/2005 | $85.32 |
| 12/24/2005 | $85.32 |
| 12/25/2005 | $85.32 |
| 12/26/2005 | $85.32 |
| 12/27/2005 | $85.32 |
| 12/28/2005 | $74.56 |
| 12/29/2005 | $74.56 |
| 12/30/2005 | $74.56 |
| 12/31/2005 | $74.56 |

Summary for 'SBI' =  00197159 (80 detail records)          **Average Daily Balance:     $30.79**

# Prior Month -- Individual Statement

Date Printed: 1/5/2006                                                                 Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00197159 | FELICETTY | SHAWN | E | | | |
| Current Location: | PRE-TRIAL UNIT 3 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Committed | | 10/13/2005 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Committed | | 10/13/2005 | $0.32 | $0.00 | $0.00 | $0.00 | $0.32 |
| | | | | | | Ending Mth Balance: | $0.32 |

# Prior Month -- Individual Statement

Date Printed: 1/5/2006

Page 1 of 1

## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.32 |
|---|---|---|---|---|---|---|
| 00197159 | FELICETTY | SHAWN | E | | | |
| Current Location: | PRE-TRIAL UNIT 3 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Medical | | 11/1/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $0.32 |
| Medical | | 11/1/2005 | ($0.32) | ($3.68) | $0.00 | $0.00 | $0.00 |
| Medical | | 11/2/2005 | ($3.68) | $0.00 | $0.00 | $0.00 | ($3.68) |
| Mail MO | E. TURNAGE | 11/2/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $46.32 |
| Medical | | 11/7/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $46.32 |
| Medical | | 11/7/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $42.32 |
| Copies | | 11/8/2005 | $0.00 | $0.00 | ($0.50) | $0.00 | $42.32 |
| Commissary | | 11/9/2005 | ($28.75) | $0.00 | $0.00 | $0.00 | $13.57 |
| Postage | | 11/10/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $13.57 |
| Postage | | 11/10/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $13.57 |
| Copies | | 11/10/2005 | $0.00 | $0.00 | ($0.75) | $0.00 | $13.57 |
| Medical | | 11/27/2005 | $0.00 | ($2.00) | $0.00 | $0.00 | $13.57 |
| Medical | | 11/27/2005 | ($2.00) | $0.00 | $0.00 | $0.00 | $11.57 |
| Copies | | 11/29/2005 | ($0.50) | $0.00 | $0.00 | $0.00 | $11.07 |
| Postage | | 11/29/2005 | ($0.40) | $0.00 | $0.00 | $0.00 | $10.67 |
| Postage | | 11/29/2005 | ($0.40) | $0.00 | $0.00 | $0.00 | $10.27 |
| Copies | | 11/29/2005 | ($0.75) | $0.00 | $0.00 | $0.00 | $9.52 |
| Mail MO | ELLA TURNAGE | 11/30/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $59.52 |
| | | | | | Ending Mth Balance: | | $59.52 |

# Prior Month -- Individual Statement

Date Printed: 1/5/2006                                                                                      Page 1 of 1

## For Month of December 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $59.52 |
|---|---|---|---|---|---|---|
| 00197159 | FELICETTY | SHAWN | E | | | |
| Current Location: | PRE-TRIAL UNIT 3 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Copies | | 12/1/2005 | $0.00 | $0.00 | ($1.00) | $0.00 | $59.52 |
| Commissary | | 12/7/2005 | ($10.10) | $0.00 | $0.00 | $0.00 | $49.42 |
| Copies | | 12/8/2005 | $0.00 | $0.00 | ($3.25) | $0.00 | $49.42 |
| Postage | | 12/9/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $49.42 |
| Medical | | 12/11/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $49.42 |
| Medical | | 12/11/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $45.42 |
| Postage | | 12/15/2005 | $0.00 | $0.00 | ($0.63) | $0.00 | $45.42 |
| Copies | | 12/15/2005 | $0.00 | $0.00 | ($1.50) | $0.00 | $45.42 |
| Commissary | | 12/21/2005 | ($10.10) | $0.00 | $0.00 | $0.00 | $35.32 |
| Mail MO | JAYNE FELICETTY | 12/23/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $85.32 |
| Commissary | | 12/28/2005 | ($4.15) | $0.00 | $0.00 | $0.00 | $81.17 |
| Copies | | 12/28/2005 | ($1.00) | $0.00 | $0.00 | $0.00 | $80.17 |
| Copies | | 12/28/2005 | ($3.25) | $0.00 | $0.00 | $0.00 | $76.92 |
| Postage | | 12/28/2005 | ($0.63) | $0.00 | $0.00 | $0.00 | $76.29 |
| Copies | | 12/28/2005 | ($1.50) | $0.00 | $0.00 | $0.00 | $74.79 |
| Postage | | 12/28/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $74.56 |
| Postage | | 12/29/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $74.56 |
| Copies | | 12/29/2005 | $0.00 | $0.00 | ($0.50) | $0.00 | $74.56 |
| | | | | | Ending Mth Balance: | | $74.56 |

I/M: SHAWN FELICE II   BLDG: P-I Aquad
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Clerk of The Court
U.S. District Court
#844 N. King St. Lockbox #18
Wilm, Del

19801-3570