CASE # 05-856JJF

Clerk of The Court

I Shawn Felicetty am Returning my Account Statement to be file with my Case # 05-856 JJF. I am Sorry for the mix up, but I do not know any thing About the Case on the Return Statement but please file this Account Statement with the above Case # for my forma Paupers to be Complete.

Respectfully

Shawn Felicetty

Date: 1-17-06

FILED
JAN 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned