In The United States District Court for The District of Delaware

Shawn Felicetty
vs.
John Doe #1 et, Al.

Civ. # 05-856 JJF

FILED
JAN 26 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion of Clarification to proceed in forma Pauperis

The Plaintiff Shawn Felicetty, has proceeded to file in forma Pauperis due to his status of being disabled and unable to afford the $250.00 filing fee also being incarcerated. As of Civ # 95-400 and 95-133. Relief was sought under a valid Statement of Claim and the Civ # 95-133 was intended to Amend Warden Kearney to the Same Action which was under the Same Statement of Claim to Civ # 95-400. The Plaintiff is Still unable to pay the full $250.00 filing fee upon Release, to the Court due to his fixed income. The Plaintiff Requests Relief to proceed being he has filed a Valid Statement of Claim and falls under the disabilities Act. The Plaintiff Respectfully Requests this Honorable Court to grant permission to Proceed in forma Pauperis or a designed Payment Plan due to his disability status and lack of funds for full payment Rendered

Respectfully
Shawn Felicetty

Date: 1-24-06

I/M: Shawn Felicetti BLDG: P-I Bquad
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Office of The Clerk
U.S. District Court
844 N. King St. Lockbox #18
Wilm De
19801-3570