IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAWN FELICETTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-856-JJF |
| | ) |
| JOHN DOE #1, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM ORDER**

Plaintiff, Shawn Felicetty, a pro se litigant who is presently incarcerated, brings this action pursuant to 42 U.S.C. § 1983. Plaintiff requested, and was denied, leave to proceed in forma pauperis in accordance with 28 U.S.C. § 1915(g). (D.I. 1, 3, 4). He moves for clarification to proceed in forma pauperis which the court construes as a motion for reconsideration. (D.I. 6).

The purpose of a motion for reconsideration is to "correct manifest errors of law or fact or to present newly discovered evidence." Max's Seafood Café v. Quinteros, 176 F.3d 669, 677 (3d Cir. 1999). Accordingly, a court may alter or amend its judgment if the movant demonstrates at least one of the following: (1) an intervening change in the controlling law; (2) the availability of new evidence that was not available previously; or (3) the need to correct a clear error of law or fact or to prevent manifest injustice. Id.; Dasilva v. Esmor

Corr. Services, Inc., Nos. 03-3095, 03-3348, 03-4435, 05-4007, 03-3096, 2006 WL 197610, at *3 (3rd Cir. Jan 27, 2006).

Plaintiff indicates that he wishes to proceed in forma pauperis because he is disabled, cannot afford the $250.00 filing fee, and is incarcerated. He also asks that he be allowed to pay by a payment plan.

The Court referred to three cases in its "three strikes" order. Plaintiff asserts that Civ. Nos. 95-133 and 95-400 contained valid statements of claims. He explains that Civ. No. 95-133 was intended to amend the same claim found in Civ. No. 95-400, as it was unclear. The Court has reviewed the three cases relied upon on its "three strikes" order. In each instance the case was dismissed on the basis of frivolity pursuant to 28 U.S.C. § 1915. See Civ No. 95-133-JJF, D.I. 7; Civ. No. 95-400-JJF, D.I. 1; Civ. No. 00-785-JJF, D.I. 14. Section 1915(g) precludes a prisoner from proceeding in forma pauperis when he has "three strikes".

Plaintiff has not demonstrated any of the grounds necessary to warrant reconsideration and therefore, his motion is denied.

NOW THEREFORE, at Wilmington this 9 day of February, 2006, IT IS HEREBY ORDERED that the motion for reconsideration (D.I. 6) is **DENIED**. Plaintiff is given 30 days from the date of this order to pay the $250.00 filing fee. If Plaintiff does not pay the filing fee within that time, the complaint shall be

dismissed pursuant to 28 U.S.C. § 1915(g).

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE