IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAWN FELICETTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-856-JJF |
| | ) |
| JOHN DOE #1, et al., | ) |
| | ) |
| Defendants. | ) |

## O R D E R

WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on January 20, 2006, the Court entered an order denying leave to proceed in forma pauperis because Plaintiff had three prior suits dismissed as frivolous or for failure to state a claim upon which relief may be granted, and the instant complaint does not allege an imminent threat of physical injury (D.I. 4);

WHEREAS, Plaintiff unsuccessfully sought reconsideration of the order, and the Court ordered Plaintiff to pay the $250 filing fee within thirty (30) days from the date of its February 9, 2006 order (D.I. 7) or the case would be dismissed;

WHEREAS, to date, payment has not been received from Plaintiff;

THEREFORE, at Wilmington this 28 day of March, 2006, IT IS

HEREBY ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE