```
04/25/2006  10:27   302-739-7486                                    PAGE 01/01
04/25/2006  14:59   302-573-6435                                    PAGE 01/01
```

CENTRAL RECORD
JUDGE FARNAN

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

TO:   CCIC, Department of Corrections
      Fax number 8-302-739-7486

FROM: Peter T. Dalleo, Clerk, U.S. District Court

Re:   Forwarding addresses of prisoners

Mail has been returned to the U.S. District Court for the following prisoner(s) with civil suits pending in District Court because they are no longer incarcerated in Delaware prisons. The Court does not have date of birth information on the prisoners, but does have the institution they were last incarcerated in. Could we please have forwarding addresses for the following prisoner(s):

Shawn Felicetty
SBI#187159
SCI
P.O. Box 500
Georgetown, DE 19947

*28046 Dukes Lumber Rd*
*Laurel, DE 19956*

_____ 302-573-6132
Deputy Clerk          Telephone number

Our FAX phone number is (302) 573-6451.

Thank you for your assistance.

*Rel. from SCI*
*03-13-06*

Sincerely,

Peter T. Dalleo
Clerk, U.S. District Court